# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

UNITED STATES OF AMERICA

    vs.                  :         No. 2:08-MJ-506
                                        MAGISTRATE JUDGE ABEL

CARLOS A. RAMIREZ

### ORDER

The United States moves this Court to dismiss the complaint as to Carlos A. Ramirez

For good cause shown, the Motion to Dismiss the complaint as to CARLOS A. RAMIREZ(Doc. #3) is **GRANTED**.

**IT IS SO ORDERED.**

                                       *s/ MARK R. ABEL*
                                       MARK R. ABEL
                                       UNITED STATES MAGISTRATE JUDGE

**September 18, 2012**
DATE